IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AUSTIN RAY COLSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-450-RP |
| | § | |
| CITY OF SAN MARCOS, TEXAS, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

On May 18, 2023, Defendant City of San Marcos, Texas ("San Marcos") filed a motion to dismiss. (Dkt. 4). Plaintiff Austin Ray Colson ("Colson") response to the motion to dismiss is past due. *See* W.D. Tex. Loc. R. CV-7(d). The Local Rules empower the Court to grant motions as unopposed when no response is timely filed. *Id.*

**IT IS ORDERED** that Colson (1) shall show cause in writing on or before **June 20, 2023**, as to why the Court should not grant San Marcos's motion to dismiss as unopposed or, alternatively, (2) Colson shall file a response to San Marcos's motion to dismiss on or before **June 20, 2023**. Failure to do so may result in the dismissal of Colson's claims against San Marcos. *See* Fed. R. Civ. P. 41(b) (action may be dismissed for want of prosecution or failure to comply with court order); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) (district court has authority to dismiss case for want of prosecution or failure to comply with court order).

**SIGNED** on June 13, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE